BONHAM ET AL., APPELLANTS, *v*. CITY OF HAMILTON, APPELLEE.

[Cite as *Bonham v. Hamilton*, 116 Ohio St.3d 1222, 2007-Ohio-6748.]

*Appeal dismissed as improvidently accepted.*

(No. 2007-0459 — Submitted November 28, 2007 — Decided

December 20, 2007.)

APPEAL from the Court of Appeals for Butler County,

No. CA2006-02-030, 2007-Ohio-349.

_____

{¶ 1}  The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents.

O'DONNELL, J., not participating.

_____

John W. Uhl, for appellants.

Millikin & Fitton Law Firm, Michael A. Fulton, and Steven A. Tooman, for appellee.

_____